PER CURIAM.

These consolidated causes were heard upon the transcripts of record, briefs, and arguments of counsel, and the court being of the opinion that there is no reversible error in the records,

It is ordered and adjudged that the orders and decrees appealed from be and the same are affirmed and the causes remanded for further proceedings consistent herewith.

CHESAPEAKE & OHIO RAILWAY COMPANY, Appellant, v. Albert E. SORGE, Appellee.

No. 10913.

United States Court of Appeals
Sixth Circuit.

Dec. 14, 1949.

John C. Shields, William R. Althans, Detroit, Mich., and Weadock & Weadock, Saginaw, Mich., Jerome Weadock, Saginaw, Mich., for appellant.

Heilman & Purcell, Saginaw, Mich., and Robert H. Brucker, Saginaw, Mich., John P. Purcell, and Robert H. Brucker, Saginaw, Mich., for appellees.

Before HICKS, Chief Judge, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And it appearing that the verdict of the jury is supported by substantial evidence, and that the court correctly applied the law in its rulings and charge to the jury;

And no reversible error being shown:

It is ordered that the judgment be, and it hereby is, affirmed.

CHESAPEAKE & OHIO RAILWAY COMPANY, Appellant, v. Jane SORGE, Appellee.

No. 10912.

United States Court of Appeals
Sixth Circuit.

Dec. 14, 1949.

John C. Shields, William R. Althans, Detroit, Mich., and Weadock & Weadock, Saginaw, Mich., Jerome Weadock, Saginaw, Mich., for appellant.

Heilman & Purcell and Robert H. Brucker, Saginaw, Mich., John P. Purcell and Robert H. Brucker, Saginaw, Mich., for appellees.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And it appearing that the verdict of the jury is supported by substantial evidence, and that the court correctly applied the law in its rulings and charge to the jury;

And no reversible error being shown:

It is ordered that the judgment be, and it hereby is, affirmed.

Orville Chester GARRISON, Petitioner, v. UNITED STATES of America.

No. 14072.

United States Court of Appeals
Eighth Circuit.

Nov. 16, 1949.

Orville Chester Garrison, pro se.

PER CURIAM.

Motion of petitioner for leave to prosecute in forma pauperis motion to recall mandate of this Court in case No. 513, Orig-